McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-174-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| IVAN CORVERA-BENITEZ, | DATE: January 9, 2020 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 9, 2020, and then continued to April 9, 2020, at 10:00 a.m., on the Court's own motion.

2.      By this stipulation, the defendant now moves to exclude time between the date of this stipulation and order, and April 9, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes several reports, which the government has produced, as well as video and audio surveillance, which the government is in the process of producing. In addition, there is physical evidence involved in this case, including firearms. All of this discovery has been either

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    produced directly to counsel, is in the process of being produced, or made available for

2    inspection and copying.

3        b)    Counsel for defendant desires additional time to review the discovery, and will

4    need additional time as more discovery become available.  Defense counsel will also need time

5    to review the current charges, to investigate and conduct research related to the current charges,

6    and to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise

7    prepare for trial.

8        c)    Counsel for defendant believes that failure to grant the above-requested

9    continuance would deny him/her the reasonable time necessary for effective preparation, taking

10   into account the exercise of due diligence.

11       d)    The government does not object to the continuance.

12       e)    Based on the above-stated findings, the ends of justice served by continuing the

13   case as requested outweigh the interest of the public and the defendant in a trial within the

14   original date prescribed by the Speedy Trial Act.

15       f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

16   et seq., within which trial must commence, the time period of the date of this stipulation and

17   order, to April 9, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

18   B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's

19   request on the basis of the Court's finding that the ends of justice served by taking such action

20   outweigh the best interest of the public and the defendant in a speedy trial.

**[*Continued on following page*.]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1     4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4        IT IS SO STIPULATED.

5  Dated:  January 24, 2020                McGREGOR W. SCOTT
                                        United States Attorney

6

7                                       /s/ JAMES R. CONOLLY

8                                       JAMES R. CONOLLY
                                      Assistant United States Attorney

9

10  Dated:  January 24, 2020                /s/ KELLY BABINEAU

11                                       KELLY BABINEAU
                                      Counsel for Defendant

12                                       IVAN CORVERA-BENITEZ

13

14

15                               **ORDER**

16        IT IS SO ORDERED.

17

18 DATED:  January 28, 2020

19                                     MORRISON C. ENGLAND, JR.

20                                     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28