KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for IVAN CORVERA-BENITEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>                 Plaintiff, <br><br>    v. <br><br> IVAN CORVERA-BENITEZ <br><br>                 Defendant. <br> _____ | No.  19-cr-00174MCE <br><br> REQUEST FOR WAIVER OF DEFENDANT'S IN PERSON APPEARANCE (Local Rule 137(b) & GENERAL ORDER 616) |

      Pursuant to Local Rule 137(b) and General Order 616, defendant Ivan Corvera-Benitez hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including but not limited to, when a continuance is ordered or status conference addressing the status of counsel.

      Defendant hereby requests the Court to proceed by videoconference of defendant's presence, the same as if defendant were present in-person. The undersigned has consulted with the defendant and the defendant consents to counsel's signing on defendant's behalf.

Dated:  December 2, 2020        Respectfully submitted,

                                      /s/ Kelly Babineau
                                      KELLY BABINEAU
                                      Attorney for IVAN CORVERA-BENITEZ

1 | I agree with and consent to my client's waiver of appearance.

Dated: December 2, 2020                    /s/ Kelly Babineau
                                           Kelly Babineau for:
                                           Attorney for IVAN CORVERA-BENITEZ

## **ORDER**

I approve of the above waiver of in person presence.

IT IS SO ORDERED.

Dated:  December 7, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE