**FILED**
June 28, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

IVAN CORVERA-BENITEZ,

Defendant.

Case No. 2:19-cr-00174-KJM

**TEMPORARY ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release

IVAN CORVERA-BENITEZ ,

Case No. 2:19-cr-00174-KJM , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): **Defendant shall be released from the Nevada County Jail on a "TEMPORARY OUT" on June 30, 2022, at 12 PM, to the temporary custody of Investigator Juan Barcenas, who will then return the defendant to Nevada County Jail before 12:00 PM, on July 2, 2022.**

////

////

Issued at Sacramento, California on June 28, 2022, at 05:20 PM

By: _____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE