DINA L. SANTOS, SBN 204200
Dina L. Santos, A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for
Ivan Corvera-Benitez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IVAN CORVERA-BENITEZ,<br><br>Defendants. | Case No.: 19 CR 174 MCE<br><br>MOTION AND PROPOSED ORDER ALLOWING DEFENDANT TO BE TEMPORARILY RELEASED FROM CUSTODY TO ATTEND MINOR SON'S VIGIL AND FUNERAL SERVICES<br><br>Date:     N/A<br>Time:     N/A<br>Judge:   Hon. Deborah Barnes |

By and through his Counsel, Ivan Corvera-Benitez, Ivan Corvera-Benitez respectfullys request this Court issue an order granting Mr. Corvera-Benitez's temporary release from the Nevada County Jail on Thursday, June 30, 2022 from 12:00 p.m. to Saturday, July 2, 2022, at 12:00 p.m. to attend the funeral services of his 12-year old son, Ivar Yuriel Corvera Lopez, who died in a car accident on June 18, 2022.  Mr. Corvera-Benitez makes this motion under 18 U.S.C. § 3142(i), which allows for "temporary release of the person, in the custody of the United States marshal or another appropriate person, to the extent that the judicial officer determines such release to be necessary for preparation of the person's defense or for some other compelling reason." Based on the facts set forth here, and the strict conditions of release the defense has proposed, the government has indicated that it does not oppose this motion.  Pretrial Services has been contacted regarding this request and defers to the Court regarding this matter.

Mr. Corvera-Benitez's youngest son, Ivar, was tragically killed in Sacramento County when the vehicle he was riding in was struck by a drunk driver.  The defendant accused of killing Ivar is being prosecuted by Sacramento County, case number 22FE010180.   Mr. Corvera-Benitez's family is deeply religious and the service arrangements for their son include a traditional Mexican all-night vigil that will begin at 6:00 p.m. on June 30th, with a funeral and burial the following day.  The vigil will be held at the family home, located at 7324 Fruitridge Road, Sacramento, CA 95820.  The rosary and mass will be held at their church located at 5961 Franklin Boulevard, Sacramento, CA 95824.  The burial will be held at St. Mary's cemetery, located at 6509 Fruitridge Road, Sacramento, CA.

Mr. Corvera-Benitez's travel will be limited to the above listed addresses.  Mr. Corvera-Benitez will be picked up at the Nevada County Jail by investigator, Juan Barcenas and transported to 7324 Fruitridge Road, Sacramento, California.  Mr. Barcenas will then transport Mr. Corvera-Benitez back to the Nevada County Jail before 12:00 p.m. on July 2, 2022.   Investigator Barcenas will act as a third-party custodian.  Mr. Barcenas will attend the vigil until no later than 8:00 p.m. on June 30, 2022, and then will remain in regular contact via phone.  Investigator Barcenas will also attend all services on July 1, 2022, remain in close phone contact after the services, and then transport the client back to Nevada City Jail before 12:00 p.m. on July 2, 2022.

**Respectfully Submitted,**

Date:  June 28, 2022

 /s/ Dina Santos
DINA SANTOS
Attorney for Ivan Corvera-Benitez

1
2
3
4
## ORDER FOR TEMPORARY RELEASE
5      Based on the representations and stipulations of the parties, and good cause
6  appearing to exit, the Court Orders the following:
7      IVAN CORVERA-BENITEZ, shall be released from the Nevada County Jail on a
8  "temporary out" on June 30, 2022, at 12 p.m. to the temporary custody of Investigator
9  Juan Barcenas.
10      Upon temporary release, IVAN CORVERA-BENITEZ shall be transported to the
11  7324 Fruitridge Road, Sacramento, CA 94820, where he will remain until he attends the
12  mass located at 5961 Franklin Boulevard, Sacramento, California.  Mr. Corvera-Benitez
13  will then travel to St. Mary's Cemetery for the burial and then return to 7324 Fruitridge
14  Road, Sacramento, California.  Investigator Barcenas will then return Mr. Corvera-
15  Benitez to Nevada County Jail before 12:00 p.m. on July 2, 2022.  Investigator Barcenas
16  will act as a third-party custodian and attend all services and remain in close phone
17  contact with Mr. Covera-Benitez throughout the temporary release.
18
19      **IT IS SO ORDERED.**
20
21  Dated: June 28, 2022
22                                                DEBORAH BARNES
23                                                UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28