UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IVAN CORVERA-BENITEZ,<br><br>　　　　　　Defendant. | No. 2:19-CR-00174-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release IVAN CORVERA-BENITEZ; Case No. 2:19-CR-00174-KJM, from custody for the following reasons:

　　___Release on Personal Recognizance

　　___Bail Posted in the Sum of $

　　　　　　__ Unsecured Appearance Bond

　　　　　　__ Appearance Bond with 10% Deposit

　　　　　　__ Appearance Bond with Surety

　　　　　　__ Corporate Surety Bail Bond

　　_X_ (Other): <u>Time Served</u>.

Issued at Sacramento, California on ___3/6/23___, at ___11:41 am___

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kimberly J. Mueller
　　　　　　　　　　　　　　　　　　　United States District Judge